Submitted on petition for review filed January 18, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for reconsideration March 2, 1995

## STATE OF OREGON
*Respondent on Review,*

*v.*

## SAM FREDLUND BALKIN,
*Petitioner on Review.*

(CC CR93-00037; CA A80830; SC S41956)

889 P2d 351

Sally L. Avera, Public Defender, and Steven V. Humber, Deputy Public Defender, Salem, filed the petition for petitioner on review.

No appearance *contra*.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *State v. Kephart*, 320 Or 433, 887 P2d 774 (1994), and *State v. Martin*, 320 Or 448, 887 P2d 782 (1994).